UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

LIZBETH O'KEEFE A/K/A LISBETH O'KEEFE,

               Plaintiff,

- v -

JP MORGAN CHASE BANK, NA,

               Defendant.

------------------------------------------------X

Civil No. 07 CV 9811 (RMB)

**Rule 7.1 Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant JPMorgan Chase Bank, N.A, certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

               JPMorgan Chase & Co.

Dated: April 11, 2008

               JPMorgan Chase Legal Department

               By: *Sheila Carson*
               Sheila E. Carson
               Attorneys for Defendant
               1 Chase Manhattan Plaza, 26th Floor
               New York, New York 10081
               (212) 552-0950
               sheila.e.carson@jpmchase.com

150726:v1