UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LIZBETH O'KEEFE a/k/a LISBETH O'KEEFE,   :
                                          :
                    Plaintiff,            :          Civil No. 07CV9811
                                          :
        - against -                       :
                                          :          Justice Richard M. Berman
JP MORGAN CHASE MANHATTAN BANK,           :
                                          :          NOTICE OF MOTION
                    Defendant.            :
                                          :
                                          :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Sheila E. Carson, Esq., sworn to

April 11, 2008 with exhibits annexed thereto and all the prior pleadings and proceedings heretofore had

herein, the undersigned, on behalf of Defendant JPMorgan Chase Bank, N.A. ("Chase"), by its

undersigned counsel, the JPMorgan Chase Legal Department, hereby moves this Court for an order

pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) and the rules of the Southern District

of New York dismissing Plaintiff's Amended Complaint and for such other and further relief as may be

just and proper.

Dated:      New York, New York
            April 11, 2008

                              JPMORGAN CHASE LEGAL DEPARTMENT

                              By: _____
                                    Sheila E. Carson, Esq.
                                  *Attorneys for Defendant*
                                  JPMorgan Chase Bank, N.A.
                                  One Chase Manhattan Plaza, 26th Floor
                                  New York, New York  10081
                                  (212) 552-0950
                                  sheila.e.carson@jpmchase.com

165991:v1

TO:

**LIZBETH O'KEEFE**
**a/k/a LISBETH O'KEEFE**
**DEFENDANT PRO SE**
**Post Office Box 286908**
**New York, New York 10128**