UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
LIZBETH O'KEEFE a/k/a LISBETH O'KEEFE          :
                                               :
                    Plaintiff,                 :  Civil No.: 07CV 9811 (RMB)
                                               :
        - against -                            :
                                               :
JP MORGAN CHASE MANHATTAN BANK,                :  **AFFIDAVIT OF SERVICE**
                                               :
                    Defendants.                :
                                               :
                                               :
                                               :
------------------------------------------------- X

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

_____STUART RADESH_____, being duly sworn, deposes and says, that deponent is not a party to the action, is over eighteen years of age and is employed by JPMorgan Chase Bank, N.A.

That on the 11th day of April, 2008 deponent served the within:

### NOTICE OF MOTION TO DISMISS AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

upon the name(s) listed below by depositing a true copy of the same securely enclosed in a first class, postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service.

UPON:
LIZBETH O'KEEFE
Defendant Pro Se
P. O. Box 286908
New York, NY 10128

Sworn to before me this
11th day of April, 2008

_____
Notary Public
165975:v1

MARLENE M. THOMPSON
Notary Public, State of New York
No. 01TH6161011
Qualified in Kings County
Certificate filed in New York County
Commission Expires February 12, 2011