United States District Court
Southern District of New York

O'Keefe vs. JPMorgan Chase Bank, N.A.
Case No: 07 Civ. 9811 (RMB)

Lizbeth O'Keefe a/k/a Lisbeth O'Keefe
P.O. Box 286908
N.Y., N.Y. 10128
212-876-1786

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/08

May 27, 2008

HON. RICHARD M. BERMAN, UNITED STATES DISTRICT JUDGE, UNITED STATES
DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, UNITED STATES
COURTHOUSE, 40 Centre Street, Room 706, N.Y., N.Y. 10007
C/O United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
PRO SE OFFICE
500 Pearl Street, Room 230
New York, N.Y. 10007

**MEMO ENDORSED**

To Honorable Richard M. Berman:

I have just opened an envelop containing defendant's Notice of Motion, dated April 11, 2008.

I ask for an extension of time to file an opposition to this motion.

Sincerely,

*[signature]* a/k/a *[signature]*

Lizbeth O'Keefe
a/k/a Lisbeth O'Keefe

Copy Sent To:

JPMorgan Chase Bank, N.A.
Legal Dept.
1 Chase Manhattan Plaza, 26th Floor
New York, N.Y. 10081

Extension to 6/30/08 granted.
Def. may reply by 7/7/08.

SO ORDERED.
Date: 5/29/08
Richard M. Berman, U.S.D.J.