**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LIZBETH O'KEEFE a/k/a LISBETH O'KEEFE,

                 Plaintiff,

       -against-

J.P. MORGAN CHASE BANK, N.A.,

                 Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/26/08_

07 CIVIL 9811 (RMB)

**JUDGMENT**

Defendant having moved to dismiss the amended complaint, and the matter having come

before the Honorable Richard M. Berman, United States District Judge, and the Court, on August

26, 2008, having rendered its Order granting defendant's motion, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated August 26, 2008, defendant's motion is granted; accordingly, the case is closed.

**Dated:** New York, New York
       August 26, 2008

                 **J. MICHAEL McMAHON**

                 **Clerk of Court**

       BY:

                 **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____